Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Michael Watson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-0732<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Michael Watson,<br>　　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (MICHAEL WATSON) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____
Attorneys for Plaintiff, Michael Watson

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2  DATED: April 27, 2009        DLA PIPER US LLP
3
4                               By: _____
                                    Michelle Sadowsky
5                                   Attorneys for Defendants
6
7
8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
9
10 Dated APR 3 0 2009
                                    _____
11                                  Hon. Charles R. Breyer
                                    United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            -2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**